UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>)<br>JERRY LEE RAYNE, )<br>)<br>    Defendant. )<br>_____) | Case No. 05-114-S-BLW<br><br>ORDER EX PARTE<br> FOR WRIT<br>OF HABEAS CORPUS<br>AD TESTIFICANDUM |

     R. Wade Curtis, attorney for Jerry Lee Rayne, the Defendant in the above entitled action, ex parte having presented his Petition to the Court, and good cause appearing therefrom;

     IT IS HEREBY ORDERED that the Clerk of the Court be, and hereby is, instructed to issue a Writ of Habeas Corpus Ad Testificandum to the Ada County Sheriff and the Ada County Jail, Boise, Idaho, and to the United States Marshal for the District of Idaho, to bring **PATRICK FRANCIS ROSSI**, Inmate # 043554, Ada County Jail, Boise, Idaho. to the United States Courthouse in Boise, Idaho, on Wednesday, July 27, 2005, at 9:00 a.m., of said day for the purpose of testifying at the trial in the above-entitled case, said person to be retained in the custody of the United States Marshal until the conclusion of his testimony.

**Order** – 1



DATED: **July 20, 2005**

B. LYNN WINMILL
Chief Judge
United States District Court

**Order** – 2